JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGI GEVORGYAN,<br><br>  Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., U.S. Attorney General, *et al.*,<br><br>  Defendants. | No. LACV 12-7575 DMG (JEMx)<br><br>**ORDER DISMISSING THE ENTIRE ACTION PURSUANT TO RULE 41(a)(2) [8]** |

The parties having so stipulated and agreed, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party responsible for bearing his or her own costs and attorneys' fees. All existing filing and conference deadlines, as well as the Scheduling Conference on January 11, 2013, are hereby VACATED.

Dated: December 19, 2012

_____
DOLLY M. GEE
United States District Judge